IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD ANTHONY MCKENZIE,

      Plaintiff,

vs.                                                                   No. CIV 15-0130 JB/WPL
                                                                            CR 08-1669 JB

UNITED STATES OF AMERICA,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed April 30, 2015 (Doc. 6)("MOO"). In the MOO, the Court dismissed Plaintiff Richard McKenzie's Motion, filed February 13, 2015 (Doc. 1), with prejudice, and the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff Richard McKenzie's case is dismissed with prejudice, and final judgment is entered.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Party*:

Richard Anthony McKenzie
Fort Dix Correctional Institution
Fort Dix, New Jersey

      *Plaintiff pro se*